IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MARTHA MCKEE, as Administratrix
of the Estate of RALPH FANTACONE                                                PLAINTIFF

v.                                    Case No. 6:18-cv-06117

CORRECT CARE SOLUTIONS, LLC; and
CORIZON HEALTH, Inc., a.k.a. CORIZON, LLC                                       DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Enforce Settlement Agreement Against CCS (ECF No. 178). On November 15, 2021, the Court held a hearing to consider Plaintiff's motion. Defendant once again confirms the settlement and states that all amounts due will be paid by Friday, November 19, 2021 at 12:00 p.m. This includes a separate, agreed amount for attorney fees and costs of $10,000 dollars that the Court approved at the hearing.

Even if all amounts are paid, as agreed, the Court may nonetheless consider substantial sanctions for the Defendant's conduct in this matter. Should the Court decide to conduct an additional hearing, representatives of the Defendants, Dona Gordon, and Jack Severson, will be ordered to appear. Plaintiff's attorney is excused from personally appearing and may appear by zoom if she desires for she has been inconvenienced enough by the Defendant.

Defendant's conduct has been inappropriate and may suggest an intent to commit a fraud on the Court. Therefore, the Court retains jurisdiction even if the Plaintiff's case is settled in full.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion to Enforce Settlement (ECF No. 178) is **GRANTED**.

**IT IS SO ORDERED** this 17th day of November 2021.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**